UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br>          Plaintiff, | Case Number: 08-11218<br><br>Honorable: John Feikens<br><br>Magistrate: Steven D. Pepe<br><br>Claim Number: 2008A03099 |
| Carol Pinckney,<br>          Defendant, | |

Pamela S. Ritter
Attorney for Plaintiff
Holzman Ritter & Leduc PLLC.
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340
usa@holzmanlaw.com
P47886

Carol Pinckney
In Pro Per Defendant
2962 Lehman Street
Hamtramck, Michigan 48212

## ORDER FOR ENTRY OF CONSENT JUDGMENT
## WITH PARTIAL PAYMENT PROVISIONS

    Upon the stipulation of Pamela S. Ritter, attorney for the United States of America, plaintiff herein,

    IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Carol Pinckney, in the principal amount of $5,000.00, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, and costs of $350.00, for a total balance of **$13,520.16** owing as of April 18, 2008**.**

    IT IS FURTHER ORDERED that the Defendant, Carol Pinckney, may satisfy said Judgment by making monthly payments of $65.00 beginning May 21, 2008. Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full. As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

        **s/John Feikens**
        John Feikens
        United States District Judge

Dated: May 21, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 21, 2008.

s/Carol Cohron
Deputy Clerk